BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-395 EMC-2 |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| NELSON DECUIRE, a/k/a "Vader," and AISHAH BUENAVENTURA, | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on October 23, 2017, that the time between October 23, 2017, and November 15, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until November 15, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: October 30, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 30, 2017

_____/s/_____
MICHAEL STEPANIAN
Counsel for Defendant
AISHAH BUENAVENTURA

## ~~[PROPOSED]~~ ORDER

As explained on the record during the October 23, 2017, status conference, the Court finds that the exclusion of the period from October 23, 2017, to November 15, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/13/17

_____
HON. EDWARD CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

ORDER EXLUDING TIME
Case No. CR 17-395 EMC-2