COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
**COOPER LAW OFFICES**
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
AISHAH BUENAVENTURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 17-CR-395-EMC-2 |
| | 17-CR-401-EMC |
| Plaintiff, | 17-CR-402-EMC |
| vs. | |
| | STIPULATION TO EXCLUDE TIME AND |
| AISHAH BUENAVENTURA, | [PROPOSED] ORDER TO CONTINUE |
| | STATUS CONFERENCE |
| Defendant. | |

This matter is currently set for a status conference on November 15, 2017, at 2:30 p.m. The parties hereby stipulate to vacate that date and reset the status conference for Wednesday, January 24, 2018, at 2:30 p.m. Defense counsel is requesting that the status conference be continued to January 24, 2018, at 2:30 p.m. as defense counsel has just requested leave to substitute in as attorney of record. A continuance of this status conference will allow counsel to obtain Ms. BUENAVENTURA's file from her previous counsel and then allow defense counsel the reasonable time necessary for effective preparation.

1 | The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. The parties agree that the time between November 15, 2017 and January 24, 2018 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B). The parties also agree that the ends of justice are served by granting an extension of time and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED.

Dated: November 10, 2017 _____/s/_____
COLIN L. COOPER
Attorney for AISHAH BUENAVENTURA

Dated: November 10, 2017 _____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AISHAH BUENAVENTURA,<br><br>    Defendant. | Case Nos. 17-CR-00395-EMC-2<br>17-CR-00401-EMC<br>17-CR-00402-EMC<br><br>[PROPOSED] ORDER |

For the reasons stated above, the Court continues the above entitled matters to Wednesday, January 24, 2018, at the hour of 2:30 p.m. The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from November 15, 2017 and January 24, 2018, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 11/13/17

*IT IS SO ORDERED*
*Judge Edward M. Chen*

HONOR_____

3