COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
**COOPER LAW OFFICES**
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
AISHAH BUENAVENTURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>AISHAH BUENAVENTURA,<br><br>     Defendant. | Case Nos. 17-CR-395-EMC-2<br>            17-CR-401-EMC<br>            17-CR-402-EMC<br><br>STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

This matter is currently set for a status conference on March 28, 2018, at 2:30 p.m. The parties hereby stipulate to vacate that date and reset the status conference for Wednesday, April 25, 2018, at 2:30 p.m. Defense counsel is requesting that the status conference be continued to April 25, 2018, at 2:30 p.m., to allow counsel sufficient time to adequately prepare the defense. In particular, the parties are discussing a potential resolution of the case, and defense counsel needs additional time to discuss the discovery, case strategy, and the terms of any proposed resolution with Ms. Buenaventura. A continuance of this status conference will allow defense counsel the reasonable time necessary for effective preparation.

The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. The parties agree that the time between March 28, 2018 and April 25, 2018 should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (h)(7)(B). The parties also agree that the ends of justice are served by granting an extension of time and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED.

Dated: March 23, 2018                      _____/s/_____
                                           COLIN L. COOPER
                                           Attorney for AISHAH BUENAVENTURA

Dated: March 23, 2018                      _____/s/_____
                                           JULIE D. GARCIA
                                           Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 17-CR-00395-EMC-2 |
| Plaintiff, | 17-CR-00401-EMC |
| | 17-CR-00402-EMC |
| vs. | |
| | [~~PROPOSED~~] ORDER |
| AISHAH BUENAVENTURA, | |
| Defendant. | |

For the reasons stated above, the Court continues the above entitled matters to Wednesday, April 25, 2018, at the hour of 2:30 p.m. The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from March 28, 2018 and April 25, 2018. *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: ___March 26, 2018_____        _____
                                          HONORABLE EDWARD M. CHEN